UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81711-ROSENBERG/HOPKINS

JAMES MEARS,

    Plaintiff,

v.

AGG MANAGEMENT TEAM, LLC and
P.L. VENTURES OF WEST PALM BEACH, LLC,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSING DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice [DE 18]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion, *see* DE 18-1, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby **GRANTED**.

2. The Court **APPROVES** the Consent Decree, and Defendants AGG MANAGEMENT TEAM, LLC and P.L. VENTURES OF WEST PALM BEACH, LLC are **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. Each party will bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

2

      5.      All pending motions are hereby **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

      6.      The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, at Fort Pierce, Florida this <u>10th</u> day of February, 2016.

                                                        _____
                                                         ROBIN L. ROSENBERG
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record